# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3874

_____

David I. Namer

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: August 4, 2016
Filed: August 11, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Federal prisoner David I. Namer appeals the district court's[1] adverse grant of summary judgment in this Federal Tort Claims Act action alleging delay by the Bureau of Prisons in providing him adequate medical care. After careful de novo review, see Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (de novo review of grant of summary judgment), we conclude that summary judgment was appropriate for the reasons stated by the district court in its thorough and careful opinion. Accordingly, we affirm. See 8th Cir. R. 47B.

—————————————————

[1] The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.